**Order entered September 9, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00456-CV**

**IN THE INTEREST OF K.D.S.P., A CHILD**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00042**

**ORDER**

Before the Court is appellee's September 6, 2022 motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **September 13, 2022**. We caution appellee that further extension requests in this accelerated appeal involving the termination of parental rights will be disfavored.

/s/     DAVID J. SCHENCK
        JUSTICE